FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 3 0 2008
CHRIS R. JOHNSON, CLERK
BY ____ DEPUTY CLERK

Deandra O. Campbell
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. _____

V.    CASE NO. 08-4104

Rita Gail Campbell
DR. & Mrs. Michael C. Young
Nevada County Sheriff's Office
(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ✓    No ___

   B. If your answer to A is yes, describe each lawsuit in the space below **including the exact plaintiff name or alias used.** (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs: Deandra O. Campbell, Tiffany Lynne Johnathan Trent Campbell

         Defendants: Rita Gail Campbell, Department Human Services, Nevada County

      2. Court (if federal court, name the district; if state, name the county:

         Nevada County and Hempstead County

3. Docket number: JV - 2008 -

4. Name of judge to whom case was assigned: Randall Wright

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Yes 1½ years after Foster Care Closed case Still pending

6. Approximate date of filing lawsuit: 5-20-2006

7. Approximate date of disposition: 7-2006 - DHS Closed Case

II. Place of Present Confinement: Rent 519½ @ East 2nd N. Prescott, AR 71857

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _____   No  X

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C. If your answer is NO, explain why not: I filed complaint with State DHS. My statement for release of property Chief deputy Wayne Kissellbarg has yet to find.

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Deandra O. Campbell
Address: 519½ East 2nd N. PO Bx 81 Prescott, Arkansas 71857

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.  Defendant: Rita Gail Liles Campbell

Position: Mother, guardian of Johnathon T. Campbell, R.N. Louisiana

Place of Employment: Priority Staffing ST Joes Hot Springs, AR.

Address: 592 Nevada 35 South, Prescott, AR 71857

Defendant: DR. Michael Clarence Young, M.D.

Position: Family Practitioner, Medical Doctor

Place of Employment: Prescott Family Clinic

Address: Office 301 Hale Avenue, Prescott, AR. 71857
Residence 624 East main, Prescott, AR. 71857

Defendant: Mrs. Gail Young

Position: Spouse of Dr. Michael Young, High School Chem. Teacher

Place of Employment: Prescott High School

Address: 624 East Main, Prescott, AR. 71857

Defendant: Sheriff Bobby Carlton

Position: Sheriff Nevada County

Place of Employment: Nevada County, Arkansas

Address: 144 Nevada 271, Nevada County, AR. 71858

Defendant: Officer Eddington

Position: Nevada County Deputy

Place of Employment: Nevada County Sheriff's Office

Address: Unknown

-3-

V.  **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

June 6 2008 Nevada County Sheriff's Department officers picked me up at my home at 406 Nevada 35 North Prescott and had me place my two year old daughter in my mother's pickup about 5:30 p.m. I was held in jail until a petition could be drafted to have me sent to El Dorado Hospital where Officer Eddington and hospital staff missed my vein and caused my hospitalization in NLR, whereupon my discharge in July Dr. Michael Young told me I had been evicted and have not been allowed my children, household and personal property since

VI. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would wish to be given my children in return and my household and be allowed to continue living as I was, without my mother's indulgence of interference in my young children and my 38 year old lives.

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  19  day of  October  , 20 08 .

Deandra D. Campbell
**Printed Name of Plaintiff**

Deandra D. Campbell
**Signature of Plaintiff**

-4-