IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEANDRA ONEIDA CAMPBELL                                                              PLAINTIFF

V.                                          CASE NO. 08-CV-4104

RITA GAIL LILES CAMPBELL;
DR. MICHAEL C. YOUNG;
MRS. GAIL YOUNG;
SHERIFF BOBBY CARLTON and
OFFICER EDDINGTON                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 13, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends that the Court dismiss this case on the grounds that the claims are frivolous and fail to state a claim on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 8th day of June, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge